**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **PRIORITY ACCESS SOLUTIONS CORPORATION,** <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> **INTERNATIONAL BUSINESS MACHINES CORPORATION** a/k/a **IBM** <br><br> Defendant/Counterclaim-Plaintiff. | Civil Action No. 6:07-cv-447 (LED) <br><br> PATENT CASE |

**JOINT STIPULATION FOR ENTRY OF AGREED PROTECTIVE ORDER**

The parties to the above captioned case have further conferred on the issues raised in the Motion by IBM Corporation for Entry of Protective Order, filed on April 11, 2008. The parties have reached an agreement on the terms of a proposed Protective Order, a copy of which is attached hereto as Exhibit A, and the parties respectfully request that this Court enter the same.

Respectfully submitted,

| | |
|---|---|
| **SIMON PASSANANTE, PC** | **GIBSON, DUNN & CRUTCHER, LLP** |
| __/s/ Anthony G. Simon_____ <br> Anthony G. Simon <br> SIMON PASSANANTE, PC <br> 701 Market Street, Suite 1450 <br> Saint Louis, Missouri 63101 <br> P. 314.241.2929 <br> F. 314.241.2029 <br> asimon@simonpassanante.com | __/s/ Monique Drake_____ <br> Monique Drake <br> GIBSON, DUNN & CRUTCHER, LLP <br> 1801 California Street, Suite 4200 <br> Denver, Colorado 80202 <br> P. 303.298.5700 <br> F. 303.296.5310 <br> mdrake@gibsondunn.com |
| *ATTORNEYS FOR PLAINTIFF/COUNTERCLAIM-DEFENDANT PRIORITY ACCESS SOLUTIONS CORPORATION* | *ATTORNEYS FOR DEFENDANT/COUNTERCLAIM – PLAINTIFF INTERNATIONAL BUSINESS MACHINES CORPORATION* |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record on April 28, 2008 via the Court's CM/ECF system.

                                                /s /Anthony G. Simon
                                                 Anthony G. Simon