IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

PRIORITY ACCESS SOLUTIONS
CORPORATION

        Plaintiff,

    v.

IBM a/k/a INTERNATIONAL BUSINESS
MACHINES CORPORATION

        Defendant.

Civil Action No. 6:07cv447 (LED)

Jury Trial Demanded

## STIPULATION FOR DISMISSAL

The parties, through the undersigned attorneys, hereby stipulate and agree that the claims

and counterclaims asserted in the foregoing action are dismissed with prejudice, with each party

to bear its own attorney fees and costs.

Dated:  October 2, 2008                Respectfully submitted,

 /s/ Mark N. Reiter (*with consent*)        /s/ Anthony G. Simon
Mark N. Reiter                     Anthony G. Simon
Lead Attorney                      MO State Bar No. 38745
Texas Bar No. 16759900           SIMON PASSANANTE PC
GIBSON, DUNN & CRUTCHER LLP    701 Market Street, Suite 1450
2100 McKinney Avenue, Suite 1100    St. Louis, Missouri 63101
Dallas, Texas 75201              Telephone:  (314) 241-2929
Telephone: (214) 698-3100        Facsimile:  (314) 241-2029
Facsimile: (214) 571-2900         asimon@simonpassanante.com
mreiter@gibsondunn.com

Scott E. Stevens
Texas Bar No. 00792024
STEVENS LAW FIRM
P.O. Box 807
Longview, Texas 75606
Telephone: (903) 753-6760
Facsimile: (903) 753-6761
scott@seslawfirm.com

**ATTORNEYS FOR INTERNATIONAL
BUSINESS MACHINES CORPORATION**

Thomas John Ward, Jr.
Ward & Smith Law Firm
P. O. Box 1231
Longview, TX  75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PRIORITY ACCESS SOLUTIONS
CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on counsel for all parties of record via the Court's CM/ECF system on October 6, 2008.

/s/ Anthony G. Simon
Anthony G. Simon